JOHN PETERS, Respondent, v NEW SCHOOL, Appellant.

Submitted March 25, 2013; decided May 2, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.